UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.

ROBERT WADE,
Petitioner

v.

BERNARD F. BRADY, Superintendent, and
THOMAS F. REILLY, Attorney General,
Respondents

NOTICE OF APPEARANCE

04 12135 NG

Please enter my appearance on behalf of the Petitioner, ROBERT WADE.

Respectfully submitted,

Janet H. Pumphrey, Esq.
45 Walker Street
Lenox, MA 01240
(413) 637-2777
BBO # 556424

1