UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT WADE, <br><br> Petitioner, <br><br> v. <br><br> BERNARD F. BRADY, and <br> THOMAS F. REILLY, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-12135-NG <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel for the respondents, Bernard F. Brady and Thomas F. Reilly, in the above-entitled matter.

Respectfully submitted,

Dated: November 15, 2004

/s/ Natalie S. Monroe
Natalie S. Monroe (BBO #562383)
Office of the Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2833