UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **ROBERT WADE,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | **Civil Action No. 04-12135-NG** |
| **BERNARD F. BRADY, and** | ) | |
| **THOMAS F. REILLY,** | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel for the respondents, Bernard F.

Brady and Thomas F. Reilly, in the above-entitled matter.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL


/s/Eva M.Badway_____
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
Dated: December 27, 2004                    BBO # 635431

**Certificate of Service**