UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT WADE,        )<br>                     )<br>     Petitioner,  )<br>                     )<br>v.                   )<br>                     )<br>BERNARD F. BRADY, and)<br>THOMAS F. REILLY,    )<br>                     )<br>     Respondents.   )<br> | Civil Action No. 04-12135-NG |

**ASSENTED-TO MOTION TO EXTEND TIME
TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS**

The respondents, by and through counsel, the Office of the Attorney General for the Commonwealth of Massachusetts, hereby request that the Court extend the time within which they must respond to the Petition for a Writ of Habeas Corpus that is the subject of the captioned action. The respondents' answer or other responsive pleading presently is due on December 30, 2004. By this motion, the respondents request an extension to and including January 10, 2005. Counsel for the petitioner has assented to the extension. As grounds for this motion, the respondents state as follows:

    1.    This matter was administratively reassigned to undersigned counsel on December 27, 2004.

**WHEREFORE**, the respondents respectfully request that the present motion be allowed and an order should enter allowing the respondents up to and including January 10, 2005 to answer or otherwise respond to the petition.

                                                  Respectfully submitted,

                                                  THOMAS F. REILLY
                                                  ATTORNEY GENERAL

                                                  /s/Eva M. Badway
                                                  Eva M. Badway
                                                  Assistant Attorney General
                                                  Criminal Bureau
                                                  One Ashburton Place
                                                  Boston, Massachusetts 02108
                                                  (617) 727-2200, ext. 2824

Dated: December 27, 2004                      BBO # 635431