UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBERT WADE,**  )<br>)<br>Petitioner,  )<br>)<br>v.  )<br>)<br>**BERNARD F. BRADY, and**  )<br>**THOMAS F. REILLY,**  )<br>)<br>Respondents.  )<br>) | Civil Action No. 04-12135-NG |

## NOTICE OF FILING WITH THE CLERK'S OFFICE

Notice is hereby given that the exhibits listed below have been manually filed with the Court and are available in paper form only:

    A.    Docket Sheets, *Commonwealth v. Wade*, PLCR1993-94856.

    B.    Docket Sheets, *Commonwealth v. Wade*, PLCR1993-94856.

    C.    Docket Sheets, *Commonwealth v. Wade*, PLCR1993-94856.

    D.    *Commonwealth v. Wade*, 428 Mass. 147, 697 N.E. 2d 541 (1998).

    E.    Docket Sheets, *Commonwealth v. Wade*, SJC for Suffolk County SJ-2004-0073.

The original documents are maintained in the case file in the Clerk's Office.

Respectfully submitted,

THOMAS F. REILLY

ATTORNEY GENERAL

/s/Eva M. Badway
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824

Dated: January 4, 2005    BBO # 635431

## CERTIFICATE OF SERVICE

_____I hereby certify that on January 4, 2005, I caused a copy of the above Notice of Filing With Clerk's Office to be served by first-class mail, postage prepaid, upon Attorney Janet H. Pumphrey, 45 Walker Street, Lenox, Massachusetts 01240.

_____
Eva M. Badway