UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT WADE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 04-12135-NG |
| BERNARD F. BRADY, and ) | |
| THOMAS F. REILLY, ) | |
| ) | |
| Respondents. ) | |

**Certificate of Compliance with Local Rule 7.1(A)(2)**

I, Eva M. BAdway, hereby certify that I conferred with the petitioner's counsel, Janet H. Pumphrey, Esq., by telephone on January 5, 2004 to let her know that I filed a motion to dismiss on the grounds contained in the Respondents' Memorandum of Law in Support of the Motion to Dismiss the Petition for Writ of Habeas Corpus, which is filed herewith.

/s/ Eva M. Badway
Eva M. Badway