UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12135-NG

ROBERT WADE,
Petitioner

v.

BERNARD F. BRADY, Acting Superintendent, and
THOMAS F. REILLY, Attorney General,
Respondents

**Petitioner's Opposition to Respondents' Motion to Dismiss**

Now comes the Petitioner and opposes the Respondents' Motion t Dismiss his Petition for Habeas Corpus Relief as untimely. As grounds therefor, the Petitioner relies on the attached Memorandum.

                                                    Respectfully submitted,
                                                    Robert Wade, by his Attorney
                                                    Janet H. Pumphrey

                                                    45 Walker Street
                                                    Lenox, MA 01240
                                                    (413) 637-2777
                                                    BBO 556424

Dated: January 6, 2005