UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12135-NG

ROBERT WADE,
Petitioner

v.

BERNARD F. BRADY, Acting Superintendent, and
THOMAS F. REILLY, Attorney General,
Respondents

FILED
CLERKS OFFI
2005 APR -1  P 12:
U.S. DISTRICT COU
DISTRICT OF MAS

### Petitioner's Assented-to Motion for Extension of Time to File Brief

Now comes the Petitioner, through counsel, and requests that the Court continue the date to file briefs as ordered in the Court's March 23, 2005 Order from April 18, 2005 to May 13, 2005. The Attorney General's office, through Assistant Attorney General Eva M. Badway, has assented to this Motion.

As grounds therefor, the Petitioner relies on the attached Affidavit of Counsel.

Respectfully submitted,
Robert Wade, by his Attorney
Janet H. Pumphrey

45 Walker Street
Lenox, MA 01240
(413) 637-2777
BBO 556424

1