UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12135-NG

ROBERT WADE,
Petitioner

v.

BERNARD F. BRADY, Acting Superintendent, and
THOMAS F. REILLY, Attorney General,
Respondents

### Affidavit of Counsel

I, Janet H. Pumphrey, hereby depose and state:

1. I represent the Petitioner, Robert Wade, in this matter.

2. In its March 23, 2005 order, the Court requested additional briefing, to be filed by April 18, 2005.

3. The Attorney General's office has filed a Motion for Reconsideration of that Order.

4. I am requesting additional time on the basis of the following case load:

    I have an argument before the SJC on April 7th in a first degree murder case, Commonwealth v. Keohane, and an argument before the Appeals Court on April 14th in Commonwealth v. Medina.

    I have a brief due to the Appeals Court on April 15th in Waien v. Gregoire.

    I currently have three first degree murder cases stayed in the SJC pending my filing motions for new trials in Commonwealth v. Colon, Commonwealth v. Molina, and Commonwealth v. Colleran. These three motions are in various stages of completion.

    I am awaiting briefing schedules for the first degree murder case, Commonwealth v. Robidoux, which should be docketed in the SJC in the next few days, and in the First Circuit, United States v. Holliday, the final transcript of which should be received soon.

2

5.  My schedule is especially backed up because a family medical emergency required that I be away from the office for several days in March.

6.  The Attorney General's office, through Assistant Attorney General Eva Badway, has assented to this Motion.

Signed under pains and penalties of perjury,

                                                                  _____
                                                                  Janet H. Pumphrey