UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-12135-NG



ROBERT WADE,
Petitioner

v.

BERNARD F. BRADY, Acting Superintendent,
THOMAS F. REILLY, Attorney General, and
Respondents

## MOTION REQUESTING APPOINTMENT
## PURSUANT TO THE CRIMINAL JUSTICE ACT

Now comes the Petitioner, through counsel, and requests that his current attorney be appointed to represent him in the federal court pursuant to the Criminal Justice Act. As grounds therefor, the Petitioner relies upon the attached Affidavit of Counsel.

Robert Wade, by his Attorney
Janet H. Pumphrey

45 Walker Street
Lenox, MA 01240
(413) 637-2777
BBO 556424