UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12135-NG

ROBERT WADE,
Petitioner

v.

BERNARD F. BRADY, Superintendent, and
THOMAS F. REILLY, Attorney General,
Respondents

## Motion for Protective Order

Now comes the Petitioner, ROBERT WADE, through counsel and requests that the Court not bring any matters forward nor schedule any hearings from June 27, 2005 through July 11, 2005 as counsel will be on a long-planned trip out of the country. Should the Court have need anything during this period, Attorney Elizabeth Quigley (413-499-5476) will be covering Attorney Pumphrey's practice while she is away.

Respectfully submitted,

Janet H. Pumphrey, Esq.
45 Walker Street
Lenox, MA 01240
(413) 637-2777
BBO # 556424

1