UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12135-NG

ROBERT WADE,
Petitioner

v.

BERNARD F. BRADY, Superintendent, and
THOMAS F. REILLY, Attorney General,
Respondents

**Motion to Consolidate**

Now comes the Petitioner, ROBERT WADE, and requests that, assuming the Court allows his Motion to Amend Complaint to add Timothy Cruz as a Defendant and to add a second count pursuant to 42 U.S.C. § 1983, that his habeas corpus action be consolidated with the 42 U.S.C. § 1983 action.

Respectfully submitted,

Janet H. Pumphrey, Esq.
45 Walker Street
Lenox, MA 01240
(413) 637-2777
BBO # 556424

1