UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12135-NG



ROBERT WADE,
Petitioner

v.

BERNARD F. BRADY, Acting Superintendent, and
THOMAS F. REILLY, Attorney General,
Respondents

**Certificate of Service**

I, Janet H. Pumphrey, hereby certify that on May 17, 2005, I caused a copy of the Petitioner's Motion to Consolidate, Motion for Protective Order, and Affidavit of Indigency to be served by first-class mail, postage prepaid, upon Eva M. Badway, Assistant Attorney General, Criminal Bureau, One Ashburton Place, Boston, Massachusetts 02108.

Janet H. Pumphrey

1