UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12135-NG

ROBERT WADE,
Petitioner

v.

BERNARD F. BRADY, Superintendent, and
THOMAS F. REILLY, Attorney General,
Respondents

## REQUEST FOR ORAL ARGUMENT

Now comes the Petitioner, through counsel, and request

that argument be scheduled on the various motions pending before

the Court.

ROBERT WADE,

Respectfully submitted,

Janet H. Pumphrey, Esq.
45 Walker Street
Lenox, MA 01240
(413) 637-2777
BBO # 556424

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12135-NG

ROBERT WADE,
Petitioner

v.

BERNARD F. BRADY, Acting Superintendent, and
THOMAS F. REILLY, Attorney General,
Respondents

**Certificate of Service**


I, Janet H. Pumphrey, hereby certify that on September 6, 2005, I caused a copy of the
Petitioner's Request for Oral Argument to be served by first-class mail, postage prepaid, upon
Eva M. Badway, Assistant Attorney General, Criminal Bureau, One Ashburton Place, Boston,
Massachusetts 02108.

Janet H. Pumphrey

1