UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04 2135 NG

ROBERT WADE,
Petitioner

v.

BERNARD F. BRADY, Acting Superintendent,
THOMAS F. REILLY, Attorney General, and
TIMOTHY J. CRUZ, District Attorney for Plymouth County
Respondents

**MOTION FOR PROTECTIVE ORDER**

Now comes counsel for the Petitioner and requests that the Court not schedule a hearing or require pleadings or status reports to be filed from November 4, 2005 through November 17, 2005. As grounds therefor, counsel for the Defendant/Appellant relies on the attached Affidavit.

Respectfully submitted,

Janet H. Pumphrey
45 Walker Street
Lenox, MA 01240
(413) 637-2777
BBO # 556424

CERTIFICATE OF SERVICE

I, Janet Pumphrey, hereby certify that I have forwarded the above pleading to the U.S. Attorneys Office.

Janet H. Pumphrey

October 10, 2005

UNITED STATES DISTRICT COURT