DISTRICT OF MASSACHUSETTS

C.A. No. _____

ROBERT WADE,
Petitioner

v.

BERNARD F. BRADY, Acting Superintendent,
THOMAS F. REILLY, Attorney General, and
TIMOTHY J. CRUZ, District Attorney for Plymouth County
Respondents

**AFFIDAVIT OF COUNSEL**

I, Janet H. Pumphrey, hereby depose and state:

1. From November 4, 2005 through November 16, 2005, I will be traveling to visit my stepson in India, where he is spending his junior year of college.

2. While I am gone, Attorney Elizabeth J. Quigley (413-499-5476) will be covering my practice.

3. I anticipate that I will have e-mail and internet access while I am gone: JHPumphrey@aol.com should an emergency arise.

Signed under pains and penalties of perjury,

Janet H. Pumphrey

October 10, 2005