UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT WADE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 04-12135-NG |
| BERNARD F. BRADY, ) | |
| THOMAS F. REILLY, and ) | |
| TIMOTHY J. CRUZ ) | |
| ) | |
| Defendants. ) | |

### NOTICE II OF FILING WITH THE CLERK'S OFFICE

Notice is hereby given that the exhibits listed below have been manually filed with the Court and are available in paper form only:

A.   Docket Sheets, *Commonwealth v. Wade*, PLCR1993-94856.

B.   Docket Sheets, *Commonwealth v. Wade*, PLCR1993-94856.

C.   Docket Sheets, *Commonwealth v. Wade*, PLCR1993-94856.

D.   *Commonwealth v. Wade*, 428 Mass. 147, 697 N.E. 2d 541 (1998).

E.   Docket Sheets, *Commonwealth v. Wade*, SJC for Suffolk County SJ-2004-0073.

The original documents are maintained in the case file in the Clerk's Office.

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL

        /s/ Eva M. Badway
        Eva M. Badway
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200, ext. 2824
Dated: November 1, 2005        BBO # 635431