UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12135-NG

ROBERT WADE,
Plaintiff

v.

BERNARD F. BRADY, Superintendent, TIMOTHY J. CRUZ,
District Attorney, and
THOMAS F. REILLY, Attorney General,
Defendants

## Motion for Extension of Time to File Responsive Pleading

Now comes the Plaintiff, ROBERT WADE, through counsel and requests that the Court extend the time for him to file a responsive pleading to the Defendants' Motion to Dismiss to December 12, 2005. As grounds therefor, the Plaintiff states:

1. Counsel for the Plaintiff filed a Motion for Protective Order covering the dates of November 4 through November 17, which Motion was allowed by the Court (Gertner, J.) On October 28, 2005.

2. The Defendants filed a Motion to Dismiss on November 1, 2005.

3. Counsel for the Plaintiff requests that the Court allow her to extend the date to file a responsive pleading on behalf of the Plaintiff to December 12, 2005.

1

4.  The Plaintiff further relies on the attached Affidavit of Counsel.

>                               Respectfully submitted,
>
>                               Janet H. Pumphrey, Esq.
>                               45 Walker Street
>                               Lenox, MA 01240
>                               (413) 637-2777
>                               BBO # 556424

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12135-NG

ROBERT WADE,
Plaintiff

v.

BERNARD F. BRADY, Superintendent, TIMOTHY J. CRUZ,
District Attorney, and
THOMAS F. REILLY, Attorney General,
Defendants

## Affidavit of Counsel

I, Janet H. Pumphrey, hereby depose and state:

1. I represent the Plaintiff in the above-captioned matter.

2. On November 1, 2005, I received by e-mail the Defendants' Motion to Dismiss.

3. I will be away on a long-planned vacation out of the country from November 4, 2005 through November 17, 2005.

4. I have previously filed a Motion for a Protective Order for those dates, which Motion has been allowed.

5. In addition, the week following my vacation will be Thanksgiving, and my family and I are celebrating Thanksgiving out of town.

6. On November 25, 2005, I must file Proposed Findings of Fact and Conclusions of Law with Suffolk Superior Court, following a three-day evidentiary hearing on my Motion for a New Trial in the case Commonwealth v. Jermaine Berry. These Proposed Findings will be extensive, and will be based on the transcript of the testimony which I have not yet received. Therefore, I cannot complete the Proposed Findings before I leave on vacation.

7. On November 29, 2005, Essex Superior Court has tentatively scheduled a hearing on my Motion for a New Trial in the case

3

<blockquote>

Commonwealth v. Jacques Robidoux, which hearing will be in Suffolk Superior Court.

</blockquote>

8. In addition, I have received an Order from Barnstable Superior Court requesting that parties schedule a mutually convenient hearing date before judge Quinlan in Cambridge, on my Motion for a New Trial in the case, Commonwealth v. Erin Colleran.

9. Therefore, on the basis of a work schedule that is unusually heavy the end of November, I am requesting additional time to respond to the Motion to Dismiss.

Signed under pains and penalties of perjury,

Janet H. Pumphrey