UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT WADE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BERNARD F. BRADY, )<br>THOMAS F. REILLY, and )<br>TIMOTHY J. CRUZ )<br>)<br>Defendants. )<br>) | Civil Action No. 04-12135-NG |

**MOTION TO EXTEND TIME TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' REILLY AND CRUZ'S MOTION TO DISMISS**

The defendants, Thomas F. Reilly, the Massachusetts Attorney General and Timothy J. Cruz, the Plymouth District Attorney, by and through counsel, hereby request that the Court extend the time within which they must reply to the plaintiff's response to the defendants' motion to dismiss. The defendants' reply is due on December 27, 2005. By this motion, the respondents request an extension to and including January 6, 2006. As grounds for this motion, the defendants state as follows:

1. The defendants have requested necessary documents from the Plymouth County District Attorney's Office and have yet to receive those documents. Due to the need to review these documents, and counsel's other responsibilities in the Attorney General's Office, the defendants will require more time to properly reply.

**WHEREFORE**, the defendants respectfully request that the present motion be allowed and an order should enter allowing the defendants up to and including January 6, 2005 to reply to the plaintiff's response to the defendants' motion to dismiss.

Respectfully submitted,<br>
THOMAS F. REILLY<br>
ATTORNEY GENERAL<br>
<br>
/s/Eva M. Badway<br>
Eva M. Badway<br>
Assistant Attorney General<br>
Criminal Bureau<br>
One Ashburton Place<br>
Boston, Massachusetts 02108<br>
(617) 727-2200, ext. 2824<br>
BBO # 635431

Dated: December 21, 2005


## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that I have complied with Local Rule 7.1(A)(2). On December 21, 2005, I left a telephone message for Ms. Janet H. Pumphrey, *Esq*., the plaintiff's attorney, to let her know that I wished to file a Motion to Extend Time to File a Reply, which is filed herewith.

/s/ Eva M. Badway
Eva M. Badway