**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **ROBERT WADE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **Civil Action No. 04-12135-NG** |
| **BERNARD F. BRADY,** ) | |
| **THOMAS F. REILLY,  and** ) | |
| **TIMOTHY J. CRUZ** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**NOTICE III OF FILING WITH THE CLERK'S OFFICE**
**UNDER SEAL**

Notice is hereby given that the exhibits listed below have been manually filed with the

Court and are available in paper form only under seal:

F.      Defendant's Motion for DNA Testing of Physical Evidence.

G.      Commonwealth's Memorandum in Opposition to Defendant's

Motion for DNA Testing of Evidence.

H.      Order on Defendant's Motion for DNA Testing.

I.      Defendant's Motion for Reconsideration of the Denial of Motion for DNA

Testing.

J.      Denial of  Defendant's Motion for Reconsideration of the Denial of Motion for

DNA Testing.

K.      Defendant's Motion for a New Trial.

L.      Commonwealth's Memorandum in Opposition to Defendant's

Motion for New Trial and Request for Evidentiary Hearing.

M.    Memorandum, Findings and Orders On Defendant's Motion

For New Trial.

N.    Defendant's Petition to Single Justice Pursuant to G.L. c. 278, §33E

for Leave to Appeal the Denial of His Motion for DNA Testing

and for a New Trial.

O.    Commonwealth's Memorandum in Opposition to Defendant's Application

for Leave to Appeal.

The original documents are maintained in the case file in the Clerk's Office under seal.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Eva M. Badway
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
Dated: January 6, 2006                    BBO # 635431

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 6, 2006.

/s/ Eva M. Badway
Eva M. Badway