UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT WADE, )<br> )<br> Plaintiff, )<br> )<br>v. )<br> )<br>BERNARD F. BRADY, )<br>THOMAS F. REILLY, and )<br>TIMOTHY J. CRUZ )<br> )<br> Defendants. )<br> ) | Civil Action No. 04-12135-NG |

## MOTION TO IMPOUND DEFENDANTS REILLY AND CRUZ'S EXHIBITS FILED ON JANUARY 6, 2006 IN SUPPORT OF THEIR MOTION TO DISMISS

The defendants Thomas F. Reilly, the Massachusetts Attorney General and Timothy J. Cruz, the Plymouth District Attorney, through their attorney, respectfully move this Court to impound the exhibits filed on January 6, 2006 in support of their motion to dismiss pursuant to Local Rule 7.2 since these materials contain confidential psychiatric reports.

WHEREFORE, for the foregoing reason, the defendants request that this Court impound the defendants' exhibits filed on January 6, 2006 in support of their motion to dismiss pursuant to Local Rule 7.2.

 Respectfully submitted,

 THOMAS F. REILLY
 Attorney General
 /s/ Eva M. Badway
 Eva M. Badway
 Assistant Attorney General
 Criminal Bureau
 One Ashburton Place
 Boston, Massachusetts 02108
 (617) 727-2200, ext. 2824
Dated: January 6, 2006 BBO # 635431

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 6, 2006.

                                               /s/ Eva M. Badway
                                               Eva M. Badway