UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12135-NG

ROBERT WADE,
Petitioner

v.

BERNARD F. BRADY, Acting Superintendent, and
THOMAS F. REILLY, Attorney General,
Respondents

**Motion for Enlargement of Time to File Response**

Now comes the Petitioner, through counsel, and requests that the Court enlarge the time from March 14, 2006 to April 3, 2006 to file the Petitioner's Response which the Court has ordered. As grounds therefor, counsel for the Petitioner relies on the attached Affidavit.

The Attorney General's Office, through Eva M. Badway, has assented to this motion.

Respectfully submitted,
Robert Wade, by his Attorney
Janet H. Pumphrey

45 Walker Street
Lenox, MA 01240
(413) 637-2777
BBO 556424

March 7, 2006

1