UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12135-NG

ROBERT WADE,
Petitioner

v.

BERNARD F. BRADY, Acting Superintendent, and
THOMAS F. REILLY, Attorney General,
Respondents

### Affidavit of Counsel

I, Janet H. Pumphrey, hereby state and depose:

1.  I am requesting an enlargement of time to file the Plaintiff's Response which the Court

    has requested on the basis of the following case load and personal circumstances.

2.  **I will be away from March 15 to March 21** on a long-planned trip to Texas. I got

    married in June of last year, and my husband and I postponed our wedding celebration

    until this March so that our friends and family could join us in Texas for this event.

3.  I have the following civil cases pending in the Appeals Court: Foley v. Morris (**reply

    brief due on March 27**); Town of Lee v. Touponce (awaiting audio tapes from Housing

    Court).

4.  In the Supreme Judicial Court, I have the following first degree murder cases pending:

    **Commonwealth v. Colon (brief due on April 4, 2006)**; Commonwealth v. Molina

    (stayed pending Motion for a New Trial to be filed in the Superior Court),

1

Commonwealth v. Colleran (stayed in the Supreme Judicial Court, awaiting Superior Court decision after evidentiary hearing on Defendant's Motion for a New Trial), Commonwealth v. Robidoux (stayed in the Supreme Judicial Court, awaiting transcripts from hearing on Defendant's Motion for a New Trial in the Superior Court), Commonwealth v. Haith (awaiting trial transcripts); Commonwealth v. Smith (awaiting trial transcripts); Commonwealth v. Halliday (awaiting Commonwealth's brief), and Commonwealth v. Druce (awaiting trial transcripts).

5.    In the Appeals Court, I have the following criminal cases pending: Commonwealth v. Miller (awaiting transcripts), and Commonwealth v. Becker (awaiting trial transcripts).

6.    I have the following case in Hampden Superior Court: Commonwealth v. Tash (preparing Motion for New Trial).

Signed under pains and penalties of perjury,

Janet H. Pumphrey

2