UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT WADE,        )<br>                       )<br>      Petitioner, )<br>                       )<br>v.                     )<br>                       )<br>BERNARD F. BRADY, and )<br>THOMAS F. REILLY, )<br>                       )<br>      Respondents. ) | Civil Action No. 04-12135-NG |

### RESPONDENTS' MOTION TO SUBSTITUTE
### ATTORNEY GENERAL MARTHA COAKLEY IN PLACE OF THOMAS F. REILLY

Pursuant to Federal Rule of Civil Procedure 25(d)(1), the respondents respectfully request that this Court enter an order substituting Attorney General Martha Coakley for Thomas F. Reilly in the above-entitled civil action.

                                                Respectfully submitted,

                                                MARTHA COAKLEY
                                                Attorney General

                                                /s/ Eva M. Badway
                                                Eva M. Badway
                                                Assistant Attorney General
                                                Criminal Bureau
                                                One Ashburton Place
                                                Boston, Massachusetts 02108
                                                (617) 727-2200, ext. 2824
Dated: August 20, 2007                  BBO # 635431

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 20, 2007.

                                        /s/ Eva M. Badway
                                        Eva M. Badway