## JANET HETHERWICK PUMPHREY

ATTORNEY AT LAW
45 WALKER STREET
LENOX, MASSACHUSETTS 01240

TELEPHONE (413) 637-2777
FACSIMILE (413) 637-1640
www.PumphreyLaw.com

FILED
IN CLERKS OFFICE

2007 OCT 24  P 12: 01

U.S. DISTRICT COURT
DISTRICT OF MASS.

October 23, 2007

Sarah A. Thornton, Clerk
United States District Court
Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   Robert Wade v. Bernard F. Brady, et.al.
      U.S.D.C. Civil Action No. 04-12135-NG

Dear Ms. Thornton:

Per my telephone conversation with Judge Gertner's docketing clerk this afternoon, please be advised that I will be filing a motion for summary judgment within the next couple of weeks. The parties have been attempting to settle this matter.

Should the Court need anything further, please do not hesitate to give me a call.

Very truly yours,

Janet H. Pumphrey

cc:   Robert Wade
      Eva Badway, Esq.
      Craig Cooley, Esq., Innocence Project