**JANET HETHERWICK PUMPHREY**

ATTORNEY AT LAW
45 WALKER STREET
LENOX, MASSACHUSETTS 01240

TELEPHONE (413) 637-2777
FACSIMILE (413) 637-1640
www.PumphreyLaw.com

FILED
IN CLERKS OFFICE

2007 DEC 26  P 1: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

December 19, 2007

Sarah A. Thornton, Clerk
United States District Court
Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:  Robert Wade v. Bernard F. Brady, et.al.
     U.S.D.C. Civil Action No. 04-12135-NG

Dear Ms. Thornton:

As a follow-up to my letter of October 23rd and my conversations with Judge Gertner's clerk, please be advised that my motion for summary judgment is complete and ready for filing. However, it is being reviewed by co-counsel at the Innocence Project. I anticipate filing it early next week.

Should the Court need anything further, please do not hesitate to give me a call.

Very truly yours,

Janet H. Pumphrey

cc:  Robert Wade
     Eva Badway, Esq.
     Craig Cooley, Esq., Innocence Project