UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-12135-NG

ROBERT WADE,
Petitioner

v.

BERNARD F. BRADY, Acting Superintendent,
MARTHA COAKLEY, Attorney General, and
TIMOTHY J. CRUZ, District Attorney for Plymouth County
Respondents

**MOTION FOR SUMMARY JUDGMENT**

Now comes the Petitioner, Robert Wade, and moves pursuant to Federal Rule of Civil Procedure 56 for summary judgment in the above-captioned matter. As grounds therefor, the Petitioner relies on the enclosed Memorandum in Support of Motion for Summary Judgment.

Respectfully submitted,

/s/ Janet Hetherwick Pumphrey

Robert Wade, by his Attorney
Janet Hetherwick Pumphrey
45 Walker Street
Lenox, MA 01240
(413) 637-2777
BBO 556424

/s/ Barry Scheck
Barry Scheck
The Innocence Project
Co-Director

1

100 Fifth Avenue, 3rd Floor
New York, New York 10011
Tel. 212.364.5361

/s/ Craig M. Cooley
Craig M. Cooley
The Innocence Project
Staff Attorney
100 Fifth Avenue, 3rd Floor
New York, New York 10011
Tel. 212.364.5361
Illinois Bar #6282688

2