UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12135-NG

ROBERT WADE,
Petitioner

v.

BERNARD F. BRADY, Acting Superintendent, TIMOTHY CRUZ,
District Attorney, and
MARTHA COAKLEY, Attorney General,
Respondents

**Certificate of Service**

    I, Janet Hetherwick Pumphrey, hereby certify that on January 4, 2008, I caused a copy of my Motion for Summary Judgment and Memorandum in Support of Motion for Summary Judgment to be served by e-mail upon Eva Badway at eva.badway@ago.state.ma.us.

/s/ Janet Hetherwick Pumphrey
Janet Hetherwick Pumphrey