UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBERT WADE,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 04-12135- NG |
| ) | |
| **BERNARD F. BRADY, ET AL.** ) | |
| ) | |
| Respondents. ) | |
| ) | |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned as counsel for the Respondents, Bernard F. Brady, Timothy J. Cruz, and Martha Coakley, in the above-captioned matter.

Respectfully submitted,

BERNARD F. BRADY,
TIMOTHY J. CRUZ, and
MARTHA COAKLEY,

by their counsel,

MARTHA COAKLEY
Attorney General

/s/ Randall E. Ravitz_____
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2852

Dated: January 18, 2008

2

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below.

Dated:  January 18, 2008          /s/ Randall E. Ravitz_____