UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT WADE, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-12135- NG |
| BERNARD F. BRADY, ET AL. | ) ) | |
| Respondents. | ) ) ) | |

**RESPONDENTS' ASSENTED TO MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE OPPOSITION TO PETITIONER'S MOTION FOR SUMMARY JUDGMENT**

The Respondents, Bernard F. Brady, Timothy J. Cruz, and Martha Coakley, (the "Respondents") hereby respectfully move this Court to enlarge until April 1, 2008, the time within which they must file an opposition to the motion for summary judgment filed by Petitioner Robert Wade (the "Petitioner"). In support of this Motion, the Respondents state as follows:

1. This action involves serious allegations, as well as complex and unusual issues of law, fact, and procedure. Additionally, the record of the state-court proceedings underlying this action is voluminous.

2. The undersigned counsel has just assumed primary responsibility for representing the Respondents in this action and had no prior familiarity with it.

3. The undersigned counsel also maintains a sizable caseload. In particular, the more immediate tasks for which he is responsible include preparing a response to a petition, an opposition to a request for a certificate of appealability, and at least two memoranda of law in

opposition to petitions in federal habeas corpus actions; an appellate brief to the Massachusetts Appeals Court; and responses to two complaints in administrative appeals in the Massachusetts Superior Court.

4.      Affording the Respondents an enlargement of time would provide them with the opportunity to present the most thorough analysis and arguments possible.  It would thus enable them to be of greatest assistance to this Court and its resolution of the significant issues presented herein.

5.      The Respondents have not requested any prior enlargement of time within which to file their opposition to the Petitioner's motion for summary judgment.

6.      Allowance of the instant Motion will further the interests of justice and not prejudice any party.

7.      Counsel for the Petitioner has graciously assented to the instant Motion.

**WHEREFORE,** the Respondents request that this Honorable Court enlarge until April 1, 2008, the time within which they must file an opposition to the Petitioner's motion for summary judgment.

        Respectfully submitted,

        BERNARD F. BRADY,
        TIMOTHY J. CRUZ, and
        MARTHA COAKLEY,

        by their counsel,

        MARTHA COAKLEY
        Attorney General


        /s/ Randall E. Ravitz_____
        Randall E. Ravitz (BBO # 643381)
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts  02108
        (617) 727-2200, ext. 2852

Dated:  January 18, 2008


### CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I conferred in good faith with opposing counsel concerning the subject of the instant Motion, and opposing counsel assented to the Motion.

Dated:  January 18, 2008        /s/ Randall E. Ravitz_____
        Randall E. Ravitz


### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below.

Dated:  January 18, 2008        /s/ Randall E. Ravitz_____
        Randall E. Ravitz